[No. 57962-2-I.   Division One.   August 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JARED CURTIS CUPIT, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 05-1-00076-8, Vickie I. Churchill, J., entered October 11, 2005. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 58028-1-I.   Division One.   August 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LAETITIA A. KNOX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-06990-1, Douglass A. North, J., entered March 8, 2006. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 58042-6-I.   Division One.   August 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON J. LANNING, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 05-1-00732-9, Michael E. Rickert, J., entered April 10, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58089-2-I.   Division One.   August 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY D. GROVE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01837-1, James H. Allendoerfer, J., entered March 31, 2006. *Affirmed* by unpublished per curiam opinion.